**IT IS SO ORDERED.**

**Dated:  03:49 PM  July 22 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
_____

| | |
|---|---|
| In re: | Case No. 10-52595-MSS |
| **David M. Whitman,** | Chief Judge Marilyn Shea-Stonum |
| Debtor. | Chapter 13 |
| | **Order Granting Motion Of FirstMerit Bank, N.A., For Relief From Stay** |
| | 3681 Manchester Road<br>Akron, Ohio  44319 |

This matter came before the Court on the *Motion for Relief from Stay* (the "**Motion**") filed by FirstMerit Bank, N.A. ("**FirstMerit**").  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay

imposed by Section 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s).  Movant is directed to file a report of sale promptly following liquidation of the property 3681 Manchester Road, Akron, Ohio 44319 (the "**Collateral**") if any excess proceeds are received.  Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered.  If the Collateral has not been liquidated, the deficiency claim is to be estimated.

IT IS SO ORDERED.

###

Submitted by:

s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
BAKER & HOSTETLER LLP
1900 East Ninth Street, Suite 3200
Cleveland, Ohio  44114-3485
(216) 621-0200 / Fax (216) 696-0740
plewis@bakerlaw.com
*Counsel for Creditor, FirstMerit Bank, N.A.*

SERVICE LIST

Patrick T. Lewis, Esq. (electronically)
plewis@bakerlaw.com
*Counsel for Creditor, FirstMerit Bank, N.A.*

Keith Rucinski, Esq. (electronically)
efilings@ch13akron.com
*Chapter 13 Trustee.*

David M. Whitman (U.S. mail)
3681 Manchester Road
Akron, Ohio  44319
*Debtor*

Brenda L. Whitman (U.S. mail)
3681 Manchester Road
Akron, Ohio  44319
*Interested Party*

Ohio Dep't of Transportation (U.S. mail)
c/o Richard Cordray, Ohio Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio  43215
*Interested Party*

John A. Donofrio (U.S. mail)
Summit County Fiscal Officer
175 South Main Street
Akron, Ohio  44308
*Interested Party*